# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA HOUSING AUTHORITY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| STA PAINTING COMPANY, INC., et al., | : | No.   10-1511 |
| Defendants. | : | |

## ORDER

AND NOW, on this 17th day of December, 2010, upon careful consideration of the United States's Motion for Summary Judgment (ECF No. 10), Philadelphia Housing Authority's ("PHA") Motion to Deposit Funds Into Court and for Dismissal of All Claims (ECF No. 11), and STA Painting Company, Inc.'s ("STA") Cross-Motion for Summary Judgment (ECF No. 18), and for the reasons in the accompanying Memorandum on Summary Judgment, it is hereby ORDERED as follows:

1. PHA is directed to pay the $132,000 due and owing STA to the United States forthwith. Therefore, PHA's Motion to Deposit Funds Into Court is DENIED. PHA is discharged from liability to STA for these funds. PHA's motion for Dismissal of All Claims is GRANTED, and Philadelphia Housing Authority is dismissed from this case.

2. STA's Cross-Motion for Summary Judgment is DENIED. The United States shall apply the $132,000 to STA's outstanding tax deficiencies as it deems appropriate.

3. The United States's Motion for Summary Judgment is GRANTED. Final judgment is entered for the United States and against STA Painting Company, Inc.

4. The Clerk shall mark this case as CLOSED.

BY THE COURT:

s/Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\Todd\10-1511 PHA v. STA v. US\PHA MSJ Order.wpd